```
 1  MARJORIE HAUF, ESQ.
    Nevada Bar No. 8111
 2  GANZ & HAUF
    8950 W. Tropicana Ave., Suite 1
 3  Las Vegas, Nevada 89147
    Tel: (702) 598-4529
 4  Fax: (702) 598-36260
 5  Attorneys for Plaintiffs
```

-o0o-

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESHUN THOMAS, individually, and as Natural Parent and Guardian for LOZORYA JONES, individually, and KRISTIN WOODS as Co-Guardian Ad Litem for L.J., <br><br> Plaintiffs, <br> vs. <br><br> BEVERLY DADE, individually, and in her official capacity; RICHARD FULLER, individually, and in his official capacity; PATRICIA SCHULTZ, individually, and in her official capacity; PAT SKORKOWSKY, individually, and in his official capacity; CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, DOE TEACHER'S AIDE in his/her official capacity, DOES I through X, inclusive; and ROES I through X, inclusive, <br><br> Defendants. | CASE NO.: 2:19-cv-01019-JAD-BNW <br><br> STIPULATION AND ORDER EXTENDING BRIEFING DEADLINE <br><br> ECF No. 24 |

COMES NOW DESHUN THOMAS, individually, and as Natural Parent and Guardian for LOZORYA JONES, and KRISTIN WOODS as Co- Guardian Ad Litem for LOZORYA JONES, BEVERLY DADE, individually, and in her, official capacity; RICHARD FULLER, individually, and in his official capacity; PATRICIA SCHULTZ, individually, and in her official capacity, PAT SKORKOWSKY, individually, and in his official capacity and CLARK COUNTY SCHOOL

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

DISTRICT, a Political Subdivision of the State of Nevada official capacity; by and through their respective counsel of record and hereby stipulate to extend the time for Plaintiffs to file their response to ***Defendants, Patricia Schultz and Pat Skorkowsky's Motion to Dismiss (ECF No.: 19.)***

Plaintiffs' response is currently due on July 29, 2019. In light of the courts ruling at Defendants Beverly Dade, Clark County School District and Richard Fuller's Motion to Dismiss hearing, Plaintiffs require additional time to stipulate with opposing counsel and respond to the remaining claims. Therefore, Plaintiffs have good cause to request an extension of time until Friday, August 2, 2019, four (4) days after the response would otherwise be due.

Further, Defendants' Reply to Plaintiffs' response should be extended in accordance with the new response deadline.

This is Plaintiffs' first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

| | |
|---|---|
| Dated this 29th day of July, 2019. | Dated this 29th day of July, 2019. |
| GANZ & HAUF | CLARK COUNTY SCHOOL DISTRICT |
| /s/ Marjorie Hauf, Esq. | /s/ Crystal Herrera, Esq. |
| MARJORIE HAUF ESQ.<br>Nevada Bar No. 8111<br>8950 W. Tropicana Ave. #1<br>Las Vegas, NV 89147<br>Attorney for Plaintiffs | CRYSTAL J. HERRERA, ESQ.<br>Nevada Bar No. 12396<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>Attorney for Defendants |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
July 29, 2019