CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Herrec4@nv.ccsd.net
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESHUN THOMAS, individually, and as Natural Parent and Guardian for L.J., and KRISTIN WOODS as Co-Guardian Ad Litem for L.J.,<br><br>Plaintiffs,<br><br>v.<br><br>BEVERLY DADE, individually, and in her official capacity; RICHARD FULLER, individually, and in his official capacity; PATRICIA SCHULTZ, individually, and in her official capacity; PAT SKORKOWSKY, individually, and in his official capacity; CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, DOE TEACHER'S AIDE, in his/her official capacity; DOES I through X, inclusive; and ROES I though X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01019-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiffs Deshun Thomas, individually and as the natural parent and guardian of minor L.J., and Kristin Woods, co-guardian ad litem for L.J. (hereinafter, "Plaintiffs"), and Defendants Clark County School District, Richard Fuller, Beverly Dade, Patricia Schultz and Pat Skorkowsky, by and through their respective attorneys of record, hereby stipulate to extend the

time for Defendants County School District, Richard Fuller, and Beverly Dade (hereinafter, "Defendants")[1], to file a responsive pleading from the current deadline of August 2, 2019 for seven (7) days, up to and including **August 7, 2019**. This is the first request for an extension of time to the responsive pleading deadline.

Defendants seek the extension of time so as to allow one, or at most two, responsive pleading(s) to be filed on behalf of the defendants. Indeed, Plaintiffs served the defendants with process at different times which resulted in Defendants Clark County School District, Richard Fuller, and Beverly Dade filing a Motion to Dismiss on June 21, 2019 (ECF No. 6), and Defendants Patricia Schultz and Pat Skorkowsky filing a separate Motion to Dismiss on July 15, 2019 (ECF No. 19). The Court recently ruled on the first motion to dismiss and granted it in its entirety thereby dismissing the second and third causes of action for violation of 42 U.S.C. § 12101, et seq. and 29 U.S.C. § 794 as against Fuller and Dade; the eighth cause of action for IIED as asserted by Deshun Thomas, individually, as against CCSD, Fuller, and Dade; and the ninth cause of action for violation of NRS 41.1395 as against CCSD, Fuller, and Dade. ECF No. 23. The Court also denied Plaintiffs' request for leave to amend the complaint. *Id.* Because the Court's ruling pertains to arguments raised in the second motion to dismiss, Plaintiffs are in the process of stipulating with defendants and responding to remaining claims and arguments. This may render all or part of the Motion moot and cause Defendant Patricia Schultz and/or Pat Skorkowsky to join in any responsive pleading. In an effort to simplify the issues before the Court and avoid filing unnecessary or duplicative pleadings, the parties hereby stipulate to a short extension of time, until August 7, 2019, for Defendants County School District, Richard Fuller, and Beverly Dade to respond to the complaint.

…

…

---

[1] Defendants Patricia Schultz and Pat Skorkowsky do not join in the request for an extension of time because they have a Motion to Dismiss pending before the Court. (ECF No. 19). However, as provided herein, the parties are working on stipulations which may render all or part of that Motion moot and cause either defendant to join in any responsive pleading.

This request is made in good faith and not for the purpose of delay.

Dated: August 2, 2019                    Dated: August 2, 2019

GANZ & HAUF                              CLARK COUNTY SCHOOL DISTRICT
                                         OFFICE OF THE GENERAL COUNSEL

By: */s/ Suzanne Carver*                 By: */s/ Crystal J. Herrera*
    Marjorie Hauf, Esq. (#8111)              Crystal J. Herrera (#12396)
    Suzanne Carver, Esq. (#14689)            5100 West Sahara Avenue
    8950 W. Tropicana Ave. #1                Las Vegas, Nevada 89146
    Las Vegas, NV 89147                      *Attorney for Defendants*
    *Attorney for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated this 8th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE