CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Herrec4@nv.ccsd.net
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESHUN THOMAS, individually, and as Natural Parent and Guardian for L.J., and KRISTIN WOODS as Co-Guardian Ad Litem for L.J.,<br><br>Plaintiffs,<br><br>v.<br><br>BEVERLY DADE, individually, and in her official capacity; RICHARD FULLER, individually, and in his official capacity; PATRICIA SCHULTZ, individually, and in her official capacity; PAT SKORKOWSKY, individually, and in his official capacity; CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, DOE TEACHER'S AIDE, in his/her official capacity; DOES I through X, inclusive; and ROES I though X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01019-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiffs Deshun Thomas, individually and as the natural parent and guardian of minor L.J., and Kristin Woods, co-guardian ad litem for L.J. (hereinafter, "Plaintiffs"), and Defendants Clark County School District, Richard Fuller, Beverly Dade, Patricia Schultz and Pat Skorkowsky, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On July 15, 2019, Defendants Patricia Schultz and Pat Skorkowsky ("Defendants") filed a Motion to Dismiss Plaintiffs' Complaint. ECF No. 19.

2. Following an extension, Plaintiffs filed a Response to Defendants' Motion to Dismiss, on August 2, 2019. ECF No. 29. The Response was corrected on August 7, 2019. ECF No. 32.

3. Defendants' deadline to file a reply to the Response is August 9, 2019. However, defense counsel needs additional time to prepare a reply in light of unexpected scheduling concerns.

4. The parties agree to briefly extend the time for Defendants to file a reply to Plaintiffs' Response by one (1) week, through and including **August 16, 2019**.

5. This stipulation is made in good faith and not for the purpose of delay.

Dated: August 8, 2019

GANZ & HAUF

By: */s/ Suzanne E. Carver*
Marjorie Hauf, Esq. (#8111)
Suzanne E. Carver, Esq. (#14689)
8950 W. Tropicana Ave. #1
Las Vegas, NV 89147
*Attorney for Plaintiffs*

Dated: August 8, 2019

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Crystal J. Herrera*
Crystal J. Herrera (#12396)
5100 West Sahara Avenue
Las Vegas, Nevada 89146
*Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated: August 12, 2019.

_____
UNITED STATES DISTRICT JUDGE