MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-36260
*Attorneys for Plaintiffs*

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DESHUN THOMAS, individually, and as Natural Parent and Guardian for LOZORYA JONES, individually, and KRISTIN WOODS as Co-Guardian Ad Litem for L.J., <br><br> Plaintiffs, <br><br> vs. <br><br> BEVERLY DADE, individually, and in her official capacity; RICHARD FULLER, individually, and in his official capacity; PATRICIA SCHULTZ, individually, and in her official capacity; PAT SKORKOWSKY, individually, and in his official capacity; CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, DOE TEACHER'S AIDE in his/her official capacity, DOES I through X, inclusive; and ROES I through X, inclusive, <br><br> Defendants. | CASE NO.: 2:19-cv-01019-JAD-BNW <br><br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS PATRICIA SCHULTZ AND PAT SKORKOWSKY'S MOTION TO DISMISS COMPLAINT** <br><br> ECF No. 42 |

COME NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate to continue the hearing on Defendants Patricia Schultz and Pat Skorkowsky's Motion to Dismiss (ECF No. 19.), currently set for October 16, 2019 at 3:00 P.M. (ECF No. 40).

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1 of 2

| | |
|---|---|
| 1 | The parties request that the hearing be continued because Plantiffs' counsel cannot attend the hearing due to medical issues.  The parties propose continuing to the hearing to the following dates: October 31, 2019; November 1, 2019; November 18, 2019; November 19, 2019; November 20, 2019; November 21, 2019; November 22, 2019. |

Dated this 16th day of October, 2019.                    Dated this 16th day of October, 2019.

GANZ & HAUF                                              CLARK COUNTY SCHOOL DISTRICT
                                                         OFFICE OF THE GENERAL COUNSEL

/s/ Cara Xidis                                           /s/ Crystal Herrera
_____                                _____
CARA XIDIS, ESQ.                                         CRYSTAL HERRERA, ESQ.
Nevada Bar No. 11743                                     Nevada Bar No. 12396
8950 W. Tropicana Ave. #1                                5100 W. Sahara Ave.
Las Vegas, NV 89147                                      Las Vegas, Nevada 89146
Attorney for Plaintiffs                                  Attorney for Defendants

Based on the parties' stipulation and good cause appearing, the 10/16/2019 hearing re: motion to dismiss [ECF No. 19] is vacated and continued to 12/2/2019 at 3:00 p.m.

DATED this 16th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

