ADAM GANZ, ESQ.
Nevada Bar No. 6650
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana, Suite 1
Las Vegas, NV 89147
Tel: (702) 598-4529
Fax: (702) 598-4529
e-file@ganzhauf.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DESHUN THOMAS, individually, and as Natural Parent and Guardian for L.J., and KRISTIN WOODS as Co-Guardian Ad Litem for L.J.,<br><br>Plaintiffs,<br><br>vs.<br><br>BEVERLY DADE, individually, and in her official capacity; RICHARD FULLER, individually, and in his official capacity; PATRICIA SCHULTZ, individually, and in her official capacity; PAT SKORKOWSKY, individually, and in his official capacity; CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, DOE TEACHER'S AIDE, in his/her official capacity; DOES I through X, inclusive; and ROES I through X, inclusive,<br><br>Defendants. | CASE NO: 2-19-CV-01019-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-4, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the discovery deadlines in the operative discovery plan [ECF No. 35], as set forth below.

I. **Pursuant to LR 26-4(a), the parties stipulate that the following discovery has been completed:**

   A. The parties have served initial disclosures pursuant to FRCP 26(a)(1);

   B. Defendants have propounded written discovery requests upon Plaintiffs;

   C. Plaintiffs have responded to written discovery requests.

II. **Pursuant to LR 26-4(b), the parties stipulate that they need to complete the following discovery:**

   A. Depositions of the parties;

   B. Depositions of percipient and lay witnesses;

   C. Designation of initial experts and rebuttal experts;

   D. Depositions of expert witnesses;

   E. Production of additional documents;

   F. Additional written discovery requests;

   G. Any other discovery permitted by the Federal Rules of Civil Procedure and orders of the Court.

III. **Pursuant to LR 26-4(c), the parties stipulate an extension is needed for the following reasons:**

Defendants in this matter have identified numerous documents in this matter which have not been produced, requesting that a protective order be entered in light of the documents' confidential nature. Counsel for the parties have been working together to come to an agreement regarding a protective order in this matter, but as of this time it has not been finalized. The parties anticipate that either a stipulation or a motion on this matter will be entered shortly. Given the impending expert disclosure deadline of December 19, 2019, and that various documents in this case have not yet been produced, including a police report and school records, the parties agree that an extension is needed. For these reasons, there is good cause to extend the discovery deadlines ninety (90) days.

///

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

**IV. Pursuant to LR 26-4(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:**

The parties agree to extend all the discovery deadlines in this case by ninety (90) days, as set forth below:

|  | **Current Deadline** | **Stipulated Deadline** |
|---|---|---|
| Discovery cut-off | 2/17/2020 | 5/18/2020 |
| Amend pleadings/add parties | 11/19/2019 | 2/17/2020 |
| Initial expert disclosures | 12/19/2019 | 3/19/2020 |
| Rebuttal expert disclosures | 1/17/2020 | 4/17/2020 |
| Interim status report | 12/18/2019 | 3/18/2020 |
| Dispositive motions | 3/18/2020 | 6/16/2020 |
| Joint pre-trial order | 4/17/2020 (if dispositive motions are filed, 30 days after the entry of the court's ruling on said motions) | 7/17/2020 (if dispositive motions are filed, 30 days after the entry of the court's ruling on said motions) |

DATED this 18th day of November, 2019.　　　　DATED this 18th day of November, 2019.

*/s/ Marjorie Hauf*　　　　　　　　　　　　　　*/s/ Crystal Herrera*

_____　　　　_____

Marjorie Hauf, Esq.　　　　　　　　　　　　Crystal Herrera, Esq.
Nevada Bar No. 8111　　　　　　　　　　　 Nevada Bar No. 12396
Ganz & Hauf　　　　　　　　　　　　　　　Clark County School District
8950 W. Tropicana Ave, Ste 1　　　　　　　　Office of General Counsel
Las Vegas, NV 89147　　　　　　　　　　　 5100 West Sahara Avenue
*Attorneys for the Plaintiffs*　　　　　　　　　Las Vegas, NV 89164
　　　　　　　　　　　　　　　　　　　　 *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2019


**8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626**