CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Herrec4@nv.ccsd.net
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESHUN THOMAS, individually, and as Natural Parent and Guardian for L.J., and KRISTIN WOODS as Co-Guardian Ad Litem for L.J., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY DADE, individually, and in her official capacity; RICHARD FULLER, individually, and in his official capacity; PATRICIA SCHULTZ, individually, and in her official capacity; PAT SKORKOWSKY, individually, and in his official capacity; CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, DOE TEACHER'S AIDE, in his/her official capacity; DOES I through X, inclusive; and ROES I though X, inclusive, <br><br> Defendants. | Case No. 2:19-cv-01019-JAD-BNW <br><br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(THIRD REQUEST)** |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiffs Deshun Thomas, individually, and as Natural Parent and Guardian for L.J., and Kristin Woods as Co-Guardian Ad Litem for L.J. (collectively, "Plaintiffs"), and Defendants Clark County School District, Richard Fuller, Beverly Dade, and Patricia Schultz (collectively, "Defendants"), by and through their attorneys of record,

hereby stipulate to amend the Discovery Plan and Scheduling Order (ECF No. 51) by extending the outstanding discovery deadlines for a period of forty-five (45) days.  This is the third request for an extension to the discovery plan and scheduling order in this matter.  The requested extension is sought in good faith and not for purposes of undue delay. The request to extend the outstanding discovery deadlines is subject to the good cause standard as the request is made within twenty-one (21) days prior to the expiration of the subject deadlines.  LR 26-4.

I.      **DISCOVERY THAT HAS BEEN COMPLETED**

     A.      The parties served initial disclosures pursuant to FRCP 26(a)(1) on August 23, 2019;

     B.      Defendants supplemented their initial disclosures on January 22, 2020; February 10, 2020; and February 28, 2020.

     C.      Plaintiffs supplemented their initial disclosures on February 3, 2020; and April 20, 2020.

     D.      On September 17, 2019, Defendants propounded written discovery requests upon Plaintiffs;

     E.      Plaintiffs responded to Defendants' written discovery requests on October 21, 2019;

     F.      Plaintiffs noticed the depositions of Defendants Beverly Dade, Richard Fuller and Patricia Schultz, on December 20, 2019;

     G.      Defendants noticed the deposition of Plaintiff, Deshun Thomas, on February 20, 2020;

     H.      On February 27, 2020, Plaintiffs propounded written discovery requests upon Defendants.

     I.      Defendants responded to Plaintiffs' written discovery requests on April 29, 2020.

…

…

…

…

II. **DISCOVERY THAT REMAINS TO BE COMPLETED**

    A.    Depositions of the parties;

    B.    Depositions of percipient and lay witnesses;

    C.    Designation of initial experts and rebuttal experts;

    D.    Depositions of expert witnesses;

    E.    Any other discovery permitted by the Federal Rules of Civil Procedure and orders of the Court.

III. **REASONS FOR EXTENSION TO COMPLETE DISCOVERY**

The parties agree that this extension is necessary to allow both parties time to complete all appropriate discovery. More specifically, the parties recently requested a brief extension of the discovery deadlines to reschedule and take the depositions of Beverly Dade, Richard Fuller, Patricia Schultz, and Deshun Thomas. At the time, it was anticipated the depositions could be completed by April of 2020.

Since making the request, there has been a harsh turn of events in the nation. The COVID-19 pandemic has caused many businesses to close, including schools, and individuals to self-quarantine. This disruption has rendered it problematic for the parties to reschedule and take depositions in a safe and effective manner. It has also caused delays in receiving and producing documents and evaluating the necessity for experts. Accordingly, the parties seek additional time to complete discovery.

There is no danger of prejudice to either party in granting this extension. Further, the length of the delay is minimal given the discovery that remains and the uncertainty still associated with the COVID-19 pandemic. Accordingly, all elements that the Court considers in evaluating the good cause standard are met.

…

…

…

…

…

IV. **PROPOSED DISCOVERY PLAN**

The parties agree to extend all the discovery deadlines in this case, as set forth below:

| **Discovery** | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery cut-off | July 2, 2020 | August 17, 2020 |
| Initial expert disclosures | May 4, 2020 | June 18, 2020 |
| Rebuttal expert disclosures | June 3, 2020 | July 17, 2020 |
| Interim status report | May 4, 2020 | Not applicable (LR 26-3 deleted) |
| Dispositive motions | July 31, 2020 | September 16, 2020 |
| Joint pre-trial order | September 2, 2020 (if dispositive motions are filed, 30 days after the entry of the court's ruling on said motions) | October 16, 2020 (if dispositive motions are filed, 30 days after the entry of the court's ruling on said motions) |

Dated: May 4th, 2020.

GANZ & HAUF

By: */s/ Marjorie Hauf*
   Marjorie Hauf, Esq. (#8111)
   Cara M. Xidis, Esq. (#11743)
   8950 W. Tropicana Ave. #1
   Las Vegas, NV 89147
   *Attorney for Plaintiffs*

Dated: May 4th, 2020.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Crystal Herrera*
   Crystal J. Herrera (#12396)
   5100 West Sahara Avenue
   Las Vegas, Nevada 89146
   *Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED.**

DATED this __5th__ day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE