1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  CRYSTAL J. HERRERA, ESQ.
   Nevada Bar No. 12396
3  5100 West Sahara Avenue
4  Las Vegas, Nevada 89146
   Telephone: (702) 799-5373
5  Facsimile: (702) 799-7243
   Herrec4@nv.ccsd.net
6  *Attorney for Defendants*

7

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

10

11 DESHUN THOMAS, individually, and as         Case No. 2:19-cv-01019-JAD-BNW
   Natural Parent and Guardian for L.J., and
12 KRISTIN WOODS as Co-Guardian Ad Litem
   for L.J.,
13                                              **STIPULATION AND ORDER OF**
          Plaintiffs,                           **DISMISSAL WITH PREJUDICE**
14
15 v.

16 BEVERLY DADE, individually, and in her       ECF No. 55
   official capacity; RICHARD FULLER,
17 individually, and in his official capacity;
   PATRICIA SCHULTZ, individually, and in
18 her official capacity; PAT SKORKOWSKY,
19 individually, and in his official capacity;
   CLARK COUNTY SCHOOL DISTRICT, a
20 Political Subdivision of the State of Nevada,
   DOE TEACHER'S AIDE, in his/her official
21 capacity; DOES I through X, inclusive; and
   ROES I though X, inclusive,
22
23        Defendants.

24

25       Plaintiffs Deshun Thomas, individually, and as natural parent and guardian for L.J., and

26 Kristin Woods, as co-guardian ad litem for L.J.; and Defendants Clark County School District,

27 Patricia Schultz, Richard Fuller, and Beverly Dade, by and through their respective counsel,

28 having agreed to resolve this matter, hereby stipulate and request that the above-captioned

matter be dismissed, with prejudice. Each party shall bear its own costs and fees incurred in this dispute.

Dated: October 9, 2020

Respectfully submitted,

By: _____ #11743
Marjorie Hauf, Esq.
Nevada Bar No. 8111
GANZ & HAUF
8950 W. Tropicana Ave, Ste 1
Las Vegas, NV 89147
*Attorneys for the Plaintiffs*

Dated: October 19, 2020.

Respectfully submitted,

By: /s/Crystal Herrera
Crystal J. Herrera, Esq.
Nevada Bar No. 12396
OFFICE OF GENERAL COUNSEL
CLARK COUNTY SCHOOL DISTRICT
5100 West Sahara Avenue
Las Vegas, Nevada 89146
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 55]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 19, 2020